IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JACOB ROGERS, SARAH ROGERS, TROY ROGERS, AND HEIDI ROGERS, Individually and as Representative of the estate of THOMAS ROGERS, and A/N/F of J.R.R., a Minor,<br>    *Plaintiffs*,<br><br>v.<br><br>BLANE TRESEDDER, SWAGGIN WAGON, INC., AND STARR OILFIELD SERVICES, LLC.,<br>    *Defendants*. | NO. MO:21-CV-00151 |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(1)(a) and the Plaintiffs' Motion to Dismiss with Prejudice (Doc. 17) filed October 21, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 24th day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE